UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20545-CR-LENARD/GOODMAN

IN RE SEALED INDICTMENT
_____/

FILED by ___ D.C.
JUL 16 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment and any resulting order be SEALED until the arrest of the first defendant or further order of the Court, excepting the United States Attorney's Office which may obtain copies of any Indictment, or other sealed document for purposes of any other necessary cause, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this information become public. Should further information be required, the United States is prepared to respond *in camera*.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ William H. Bowne
William H. Bowne
DOJ Trial Attorney
Court ID #A5501472
U.S. Department of Justice
Court ID No. A5501077
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Telephone (202) 262-7086
Fax (202) 514-7021
email: william.bowne2@usdoj.gov