UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20545-CR-LENARD/GOODMAN

IN RE SEALED INDICTMENT
_____/

FILED by TB D.C.
JUL 16 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

### SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Indictment and this Order and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment and this Order shall be filed under seal until the arrest of the first defendant or further order of the Court, however, the United States Attorney's Office may obtain copies of any Indictment or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 16th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE