UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20545-CR-LENARD

UNITED STATES OF AMERICA,
        Plaintiff
v.

ISABEL C. SANCHEZ,
        Defendant,
        _____/

ORDER SETTING DATE, TIME, AND PROCEDURES
FOR THE SENTENCING HEARING

      The Sentencing Hearing for Defendant **TODDRICK M. SERMONS** is set on **May13, 2016** at **2:00 PM** for thirty (30) minutes before Judge Joan A. Lenard, Courtroom 12-1, 400 North Miami Avenue, Miami, Florida.

The Eleventh Circuit Court of Appeals has found that:

> " Rule 32(f)(1)... clearly provides that all objections to the PSR, whether or not they are shared by the parties, must be submitted in writing well in advance of sentencing. And the manifest purpose of Rule 32 as a whole ... is not simply to resolve disputes between the parties; it is to ensure that the district court can meaningfully exercise its sentencing authority based on a complete and accurate account of all relevant information. See Fed.R.Crim.P. 32(c)–(f) (mandating the preparation and submission of a PSR in advance of sentencing so that a district court can "meaningfully exercise its sentencing authority under 18 U.S.C. § 3553");Fed.R.Crim.P. 32 advisory committee notes (1975) (explaining that because "presentence reports are important aids in sentencing," it is "essential that the presentence report be completely accurate in every material respect")."

and that there are:

> "...two fundamental, intertwined tenets of sentencing law- that a district court has an independent obligation to 'calculate *correctly* the sentencing range prescribed by the Guidelines,' *United States v. Gibson*, 434 F.3d 1234, 1243 (11th Cir.2006) (quotation marks omitted) and that it is therefore "not bound by the parties' agreements or recommendations, *United States v. Johnson*, 132 F3d 628,630(11th Cir.1998)"

                              *United States v. Aguilar-Ibarra*, 740 F.3d 587, 591 (11th Cir. 2014)

   THEREFORE THE COURT ORDERS that if more than thirty (30) minutes is needed for the hearing, counsel shall file a notice estimating the amount of time needed for their presentation no later than seven (7) calendar days prior to the sentencing hearing.

THE COURT FURTHER ORDERS that counsel shall file their Objections, if any, to the DRAFT PSR within fourteen (14) days after disclosure of the DRAFT PSR. Responses shall be filed seven (7) days thereafter.   After the FINAL PSR has been provided to the parties, or if the PSR is subsequently Revised, or Supplemented, counsel shall file a Notice stating which of their previously filed Objections have been resolved and which Objections remain to be resolved by the Court at the Sentencing Hearing. This Notice shall be filed no later than three (3) calendar days before the scheduled sentencing hearing.

THE COURT FURTHER ORDERS that all Motions for Upward or Downward Departure and/or Variance shall be in writing and filed three (3) calendar days before the Sentencing Hearing.

   DONE AND ORDERED in Miami, Florida, this 1st day of March, 2016.

*[signature: Joan A. Lenard]*
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE