IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>     Plaintiff,    )<br>                                                )<br>     vs.    )<br>                                                )<br>ISABEL C. SANCHEZ,    )<br>     Defendant.    )<br>                                                )  | CASE NO.:  1:15-CR-20545-JAL |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE,
PURSUANT TO U.S.S.G. §5K1.1**

Comes now the United States of America, by and through the United States Attorney for the Southern District of Florida and the undersigned Trial Attorney from the Department of Justice Criminal Division, Fraud Section, and moves this Court for a downward departure of seven (7) levels from the applicable sentencing guideline range pursuant to Section 5K1.1 of the United States Sentencing Guidelines.  As grounds for such motion, the Government states the following:

1.  On October 28, 2015, the Defendant was interviewed by a Special Agent of the Export Import Bank and the prosecutors during which she fully admitted her criminal conduct, explained the fraudulent scheme, and identified other participants thereby beginning her cooperation with the government.  The defendant continued to demonstrate her cooperation up until the time of sentencing by providing three additional debriefings, the last occurring on May 12, 2016.

2.  The Defendant agreed to plead guilty on February 26, 2016.  The Defendant was a manager of the criminal scheme and provided a full description of its structure, an explanation of its complexity, and identified the activities of all the participants.

1

3. The Defendant's cooperation has: assisted the government in obtaining co-conspirator pleas including that of her husband Gustavo J. Giral; provided new evidence related to the forty million dollar factoring and Export Import Bank fraud; and directly induced the plea of Guillermo A. Sanchez-Badia, the principal defendant and scheme organizer.

4. The Defendant's assistance was timely and occurred at a time that was still useful to the Government, facilitated the investigation of a very complex case and permitted the avoidance of a costly and time-consuming criminal trial.

5. In exchange for the Defendant's assistance and cooperation, the Government files this Motion recommending a seven (7) level downward departure pursuant to USSG §5K1.1 permitting an approximate fifty (50) percent downward departure from the floor of her U.S.S.G. range.

6. According to the Presentence Report, the defendant will be at a Guidelines Level 31 after acceptance of responsibility with a criminal history category I providing a guidelines range of 108 to 135 months of incarceration. If the Court were to grant the government's Motion, the defendant would then be at a Guidelines Level 24 and a criminal history category I producing a guidelines range of 51 to 63 months of incarceration.

7. In related cases, 1:15-CR-20045-UU, 15-CR-20041DPG, and 1:15-CR-20362-KMW: co-conspirator Jorge Amad, who <u>did not receive</u> a 5K1.1 for substantial assistance, was sentenced to 24 months by Judge Ungaro; Ricardo Beato, who <u>did receive</u> a 5K1.1 departure for substantial assistance was sentenced by Judge Gayles to a year and a day of incarceration; and Fredy Moreno-Beltran, who <u>did receive</u> a 5K1.1 departure for substantial assistance was sentenced by Judge Williams to a year and a day of incarceration.

WHEREFORE, the Government respectfully requests the Court find that the Defendant has

provided substantial assistance in the investigation and/or prosecution of the case, and grant the requested downward departure from the applicable sentencing guidelines range.

                    Respectfully submitted,

                    ANDREW WEISSMANN
                    Chief, Fraud Section
                    Criminal Division
                    United States Department of Justice

By:   *s/ William H. Bowne*
       WILLIAM H. BOWNE
       Trial Attorney
       Attorney Bar No: A5501472
       (202) 514-7023
       william.bowne2@usdoj.gov
       PATRICK M. DONLEY
       Senior Ligation Counsel
       Attorney Bar No: A5501108
       (202) 514-0842
       patrick.donley2@usdoj.gov
       Fraud Section, Criminal Division
       United States Department of Justice
       1400 New York Avenue, N.W.
       Washington, D.C. 20005

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of May, 2016, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System providing notice to all parties of record.

                    *s/ William H. Bowne*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.:   1:15-CR-20545-JAL |
| ) | |
| ISABEL C. SANCHEZ, ) | |
|     Defendant. ) | |
| ) | |

## **ORDER**

On this date, came on to be considered the Government's Motion for Downward Departure, Pursuant to USSG § 5K1.1, in the above entitled and numbered cause. The Court having considered the same, is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Downward Departure be GRANTED.

SIGNED and ENTERED this the _____ day of _____, 2016.

_____
Joan A. Lenard
UNITED STATES DISTRICT JUDGE