SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JUDGE JOAN A. LENARD**

DEFENDANT: ISABEL SANCHEZ

CASE NO.  15-20545-CR

Deputy Clerk: P. Mitchell  DATE: May 13, 2016
Court Reporter: Robin Dispenzieri  USPO: Demesha Edwards
AUSA: William Bowne, Patrick Donley  Deft Counsel: David Howard
Interpreter: Spanish  Time: 2:50pm-3:40pm/4:00-4:10

_____ Sentencing cont'd until _____ at _____ AM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
| | | 48 | 1,2 & 9 concurr |

**Supervised Release:** 3yrs ct 1,2,9   **Special Conditions:** financial disclosure, no new debt, mental health treatment, self employment restriction, no factoring business or loans

**Motion for Upward Variance**: (Gvt)___ (Def)___ (grant) ___ (denied)____
**Motion for Downward Departure** (Gvt)___ (Def)___ (grant) ___ (denied)____

Probation

| Years | Months | Counts |
|---|---|---|
| | | |
| | | |

Assessment $ 300   Restitution $____ Fine $____ Forfeiture included   x
_____TBS_____

CUSTODY
____ Remanded to the Custody of the U.S. Marshal Service
____ Release on bond pending appeal
  x   Voluntary Surrender to (designated institution or U.S. Marshal Service) 6/13/16 @11am
____ Recommendation: