# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20545-CR-LENARD

**UNITED STATES OF AMERICA,**

    v.

**GUILLERMO A. SANCHEZ-BADIA**

    **Defendant.**

_____/

## UNITED STATES' NOTICE OF APPEARANCE

The United States hereby files this Notice of Appearance of Trial Attorney Laura Connelly as counsel of record in this case.

    Respectfully submitted,

    ROBERT A. ZINK
    CHIEF
    CRIMINAL DIVISION, FRAUD SECTION
    U.S. DEPARTMENT OF JUSTICE

    By: /s/ Laura Connelly
    LAURA CONNELLY
    Florida Special Bar No. A5502649
    Trial Attorney
    Fraud Section, Criminal Division
    United States Department of Justice
    1400 New York Ave. NW
    Washington, DC 20005
    Telephone: (202) 307-1423

Date: August 14, 2020

**CERTIFICATE OF SERVICE**

I, Laura Connelly, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

> By: /s/ Laura Connelly
> LAURA CONNELLY
> Florida Special Bar No. A5502649
> Trial Attorney
> Fraud Section, Criminal Division
> United States Department of Justice
> 1400 New York Ave. NW
> Washington, DC 20005
> Telephone: (202) 307-1423

Date: August 14, 2020